IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

United States Courts
Southern District of Texas
ENTERED

DEC 0 2 2005

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| MICHAEL RAY HARRISON, #24814 | § § | |
| VS. | § § | CIVIL ACTION NO. G-05-551 |
| GEAN LEONARD, ET AL. | § § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Order of Dismissal of even date herewith, the above-styled action is hereby **DISMISSED**.

**THIS IS A FINAL JUDGMENT.**

**DONE** at Galveston, Texas, this ___1ST___ day of ___Dec.___, 2005.

_____
SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE